SENECA DISTRIBUTING COMPANY, Respondent, *v.* KATH-
LEEN FULTON, Appellant, Impleaded with Others.

Reported below, 175 App. Div. 902.
(Submitted March 12, 1917; decided March 20, 1917.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered September 29, 1916, revers-
ing a judgment in favor of defendant, entered upon a
decision of the court on trial at Special Term and grant-
ing a new trial in an action to foreclose a mortgage.

The motion was made upon the ground that the rever-
sal was upon a question of fact.

*Benjamin A. Haetstein* for motion.

*Peter P. Smith* opposed.

Motion denied, with ten dollars costs.